CASE 59—PETITION EQUITY—JANUARY 15.

## Childers v. Little, &c.

APPEAL FROM BREATHITT CIRCUIT COURT.

A SPECIAL JUDGE elected to try such cases as the regular judge could not properly try at a particular term, had no power to render judgment in a cause at the next term, another attorney having been elected as special judge at that term. Therefore, for the error of the court in permitting the judgment appealed from to be rendered by the special judge elected at the former term, the judgment is reversed.

JAMES M. SEBASTIAN FOR APPELLANT.

J. P. Gillum was not the special judge at the September Term, 1891, and had no legal authority to render any judgment in the case. (Gen. Statutes, chap. 28, art. 7, sec. 1.)

W. M. BECKNER FOR APPELLEE.

If appellant's contention be true that the special judge who gave the judgment appealed from was not authorized to act, he should have

moved for a new trial or have ignored the judgment as void. Besides,. the judgment shows on its face that the cause was submitted to J. P. Gillum as special judge without objection from appellant, and that appellant and appellee had an agreement upon said special judge with reference to the submission of the cause.

JUDGE GUFFY DELIVERED THE OPINION OF THE COURT.

Some time prior to February, 1888, Marion Childers. instituted suit in the Breathitt Court of Common Pleas against C. J. Little, for the recovery of three Breathitt county bonds of five hundred dollars each or their value, fifteen hundred dollars, and five hundred dol- lars· damage for failure to return or account for the bonds. The defendant made defense and the cause was finally transferred to equity. Some time before the March term, 1891, of the Breathitt Court of Com- mon Pleas, S. H. Patrick, defendant's attorney, be- came judge of said court, and at said March term, 1891, J. P. Gillum was elected special judge of the· court, and at the September term, 1891, of the court,. W. W. McGuire was elected special judge to try such cases as the regular judge could not properly try, and at the September term, 1891, on the calling of this: cause the defendant insisted that J. P. Gillum should try the case and render .judgment, to which appellant objected, but the court permitted J. P. Gillum to render· and enter upon the order-book of the court a judg- ment dismissing plaintiff's petition, and adjudging defendant recover of plaintiff his cost, to all of which plaintiff objected and excepted and prayed an appeal to the Court of Appeals, which was granted.

Appellant insists that the case could not properly be tried by J. P. Gillum at the September term. The General Statutes, chapter 28, article 7, and the act.

amending same, approved April 17, 1882, provide for the election of a special judge at any term of court when the regular judge is absent, or when he can not properly preside in one or more cases.

It appears that McGuire was the special judge at September term, 1891, and it does not appear that J. P. Gillum had been elected or agreed upon as special judge at that term.

We are, therefore, of opinion that it was error to allow J. P. Gillum to render or have entered any judgment in this action.

The judgment appealed from is reversed, and cause remanded for further proceedings not inconsistent with this opinion. All other questions involved in the cause are left to the further adjudication of the Breathitt Circuit Court.